UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Mr. Randy Cade            )     CASE NO. SACV 17-1596 GJS
                            )
                            )
                            )     [~~PROPOSED~~] ORDER RE:
                            )     STIPULATION FOR AWARD AND
               Plaintiff,   )     PAYMENT OF ATTORNEY FEES
                            )     PURSUANT TO THE EQUAL ACCESS TO
              v.            )     JUSTICE ACT, 28 U.S.C. §
                            )     2412(d), AND COSTS PURSUANT TO
Nancy Berryhill, Acting  )     28 U.S.C. § 1920
Commissioner of Social   )
Security                 )
              Defendant.   )
_____)

     Based upon the parties' concurrently filed Joint Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"),IT IS ORDERED that Plaintiff be awarded Six Thousand, Five Hundred Dollars, and Zero Cents ($6,500.00) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Four Hundred Dollars

and Zero Cents ($400.00) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: October 31,2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE